**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | Case No. CV-14-1640-R |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| LOS ANGELES WEST TACO INC, et al | |
| Defendants. | |

    THE COURT having been informed by Mediator Michael G. Balmages' Mediation Report that the above-entitled action is fully settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if the settlement is not consummated.  IT IS FURTHER ORDERED that all dates set in this action are hereby vacated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  SEPTEMBER 19, 2014

MANUEL L. REAL
United States District Judge